No. 103. MERCER v. LENCE, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE. October 10, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. Orr Chapman* and *Fred J. Babcock* for petitioner. *Acting Solicitor General Townsend,* and *Messrs. Hugh A. Fisher, William W. Barron,* and *W. Marvin Smith* for respondent.

No. 106. EVELOFF ET AL. v. WILLING, RECEIVER. October 10, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Milton A. Kamsler* for petitioners. *Mr. George P. Barse* for respondent.

No. 107. MASSACHUSETTS PROTECTIVE ASSN., INC., v. SWASEY. October 10, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. F. H. Nash* and *Pearce C. Rodey* for petitioner. *Mr. Fred Blair Townsend* for respondent.

No. 108. BATANGAS TRANSPORTATION Co. v. MANILA RAILROAD Co. ET AL. October 10, 1938. Petition for writ of certiorari to the Supreme Court of the Philippines denied. *Messrs. Frederic R. Coudert, George R. Harvey, S. W. O'Brien,* and *Mahlon B. Doing* for petitioner. *Messrs. Quintin Paredes* and *Ramon Diokno* for respondents.

No. 110. LOOSE-WILES BISCUIT Co. v. RASQUIN. October 10, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied.